```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    SEAN D. PETERSON
 4  Assistant United States Attorney
    Chief, Riverside Branch Office
 5  ERIN KISS (Cal. Bar No. Pending)
    Assistant United States Attorney
 6  Riverside Branch Office
         3403 Tenth Street, Suite 200
 7       Riverside, California 92501
         Telephone: (951) 276-6259
 8       Facsimile: (951) 276-6202
         Email:     Erin.Kiss@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 24-00016-WLH |
| Plaintiff, | AGREEMENT RE: AMENDMENTS TO PLEA AGREEMENT FOR DEFENDANT ANWER FAREED ALAM |
| v. | |
| ANWER FAREED ALAM, | |
| Defendant | |
| UNITED STATES OF AMERICA, | ED CR No. 24-00017-WLH |
| Plaintiff, | AGREEMENT RE: AMENDMENTS TO PLEA AGREEMENT FOR DEFENDANT YOUSOFZAY FAHIM ALAM |
| v. | |
| YOUSOFZAY FAHIM ALAM, | [FILED IN BOTH CASES] |
| Defendant. | |

1.  This constitutes an agreement between ANWER FAREED ALAM (defendant A. ALAM) and the United States Attorney's Office for the Central District of California (the "USAO") in ED CR No. 24-00016-WLH, and an agreement between YOUSOFZAY FAHIM ALAM (defendant Y.

ALAM, and collectively with A. ALAM, "defendants") and the USAO in ED CR No. 24-00017-WLH.

2. A. ALAM entered a written Plea Agreement on or about January 16, 2024, in ED CR No. 24-00016-WLH at docket number 6. Y. ALAM entered a written Plea Agreement on or about January 16, 2024, in ED CR No. 24-00017-WLH at docket number 6 (collectively, the "Plea Agreements"). This document is a "signed writing" under paragraph 28 of each of the Plea Agreements. Defendants and the USAO agree to amend the Plea Agreements as set forth in this agreement.

3. Paragraph 2.h of each of the Plea Agreements, which starts on page 2, line 21, is amended as follows in each agreement: The words "in the amount of $500,000" is stricken and replaced with "in the amount of $250,000".

4. This amendment to each of the Plea Agreements reflects the defendant A. Alam, defendant Y. Alam, and the USAO's understanding that defendants will be jointly and severally liable for restitution to the victim of their crimes. The USAO currently expects restitution to be approximately $2,367,033. This amendment reflects the parties understanding that a partial prepayment of $500,000 against the total restitution to the victim will be made by defendants at or before the time of sentencing. The $500,000 to be prepaid at or before the time of sentencing will be provided $250,000 by ANWER FAREED ALAM in ED CR No. 24-00016-WLH and $250,000 by YOUSOFZAY FAHIM ALAM in ED CR No. 24-00017-WLH.

///

///

1 | The total partial restitution payment of $500,000 between the two
2 | defendants will be applied to satisfy the restitution imposed at
3 | sentencing.
4 | AGREED AND ACCEPTED
5 | UNITED STATES ATTORNEY'S OFFICE
  | FOR THE CENTRAL DISTRICT OF
6 | CALIFORNIA
7 | E. MARTIN ESTRADA
  | United States Attorney
8 |
9 | *[signature]*                                  March 3, 2024
10 | ERIN C. KISS                                  Date
   | Assistant United States Attorney
11 | *[signature]*                                 02/28/2024
12 | ANWER FAREED ALAM                             Date
   | Defendant
13 | *[signature]*                                 2/29/24
14 | LINDSEY M. BURCHAM                            Date
   | Attorney for Defendant
15 | ANWER FAREED ALAM
16 | *[signature]*                                 02/28/2024
17 | YOUSOFZAY FAHIM ALAM                          Date
   | Defendant
18 | *[signature]*                                 02/28/24
19 | CELINE I. SAMANIEGO                           Date
   | Attorney for Defendant
20 | YOUSOFZAY FAHIM ALAM
21 | ///
22 | ///

CERTIFICATION OF DEFENDANT A. ALAM

I have read this agreement in its entirety. I have had enough time to review and consider this agreement, and I have carefully and thoroughly discussed every part of it with my attorney. I understand the terms of this agreement, and I voluntarily agree to those terms. No promises, inducements, or representations of any kind have been made to me other than those contained in this agreement or the agreement at docket number 6 in my case (or during the change of plea hearing in my case, which are now reduced to a writing in this agreement). No one has threatened or forced me in any way to enter into this agreement. I am satisfied with the representation of my attorney in this matter, and I am entering this agreement because I wish to take advantage of the promises set forth in this agreement, and not for any other reason.

_____    02/28/2024
ANWER FAREED ALAM            Date
Defendant

CERTIFICATION OF DEFENDANT A. ALAM'S ATTORNEY

I am ANWER FAREED ALAM's attorney. I have carefully and thoroughly discussed every part of this agreement with my client. Further, I have fully advised my client of his rights and of the consequences of entering into this agreement. To my knowledge: no promises, inducements, or representations of any kind have been made to my client other than those contained in this agreement or the agreement at docket number 6 in my case (or during the change of plea hearing in his case, which are now reduced to a writing in this agreement); no one has threatened or forced my client in any way to enter into this agreement; and my client's decision to enter into

this agreement is an informed and voluntary one.

_____   2/29/24
LINDSEY M. BURCHAM           Date
Attorney for Defendant
ANWER FAREED ALAM

///

///

CERTIFICATION OF DEFENDANT Y. ALAM

I have read this agreement in its entirety. I have had enough time to review and consider this agreement, and I have carefully and thoroughly discussed every part of it with my attorney. I understand the terms of this agreement, and I voluntarily agree to those terms. No promises, inducements, or representations of any kind have been made to me other than those contained in this agreement or the agreement at docket number 6 in my case (or during the change of plea hearing in my case, which are now reduced to a writing in this agreement). No one has threatened or forced me in any way to enter into this agreement. I am satisfied with the representation of my attorney in this matter, and I am entering this agreement because I wish to take advantage of the promises set forth in this agreement, and not for any other reason.

*[signature]*                                                02/28/2024

YOUSOFZAY FAHIM ALAM                                         Date
Defendant

CERTIFICATION OF DEFENDANT Y. ALAM'S ATTORNEY

I am YOUSOFZAY FAHIM ALAM's attorney. I have carefully and thoroughly discussed every part of this agreement with my client. Further, I have fully advised my client of his rights and of the consequences of entering into this agreement. To my knowledge: no promises, inducements, or representations of any kind have been made to my client other than those contained in this agreement or the agreement at docket number 6 in my case (or during the change of plea hearing in his case, which are now reduced to a writing in this agreement); no one has threatened or forced my client in any way to enter into this agreement; and my client's decision to enter into

this agreement is an informed and voluntary one.

_____    02/28/2024
CELINE I. SAMANIEGO              Date
Attorney for Defendant
YOUSOFZAY FAHIM ALAM